Paul Rolf Jensen, CSB #154013
**JENSEN & ASSOCIATES**
*Trial Lawyers*
650 Town Center Drive, Twelfth Floor
Costa Mesa, California 92626
(714) 662-5528
prj@jensenlawyers.com

Attorney for Plaintiffs ANDREW BARNETT and NAZANIN NAMAZI

# United States District Court
# Northern District of California

| | |
|---|---|
| ANDREW BARNETT, an individual; and NAZANIN NAMAZI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SARAH SHEVETT, an individual; EDWARD BARRY, an individual; BERNIE GARRIGAN, an individual; KYLA TRIPODI, an individual; CHARLIE TRIPODI, an individual; THE LAND MAN OFFICE, a business organization of unknown form; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 1:19-cv-05804-VC<br><br>[Proposed] **ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO DISMISS COMPLAINT FOR DAMAGES** |

Upon consideration of Plaintiffs' Unopposed Motion to Dismiss Complaint for Damages, the motion is GRANTED and the case is dismissed WITHOUT prejudice.

Dated: October 22, 2019

_____
UNITED STATES DISTRICT JUDGE

---

[Proposed] ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO DISMISS COMPLAINT FOR DAMAGES

1